S. Roy Kelsey, Appellant, v. Charles W. Hawley, Respondent.— Judgment

affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.